| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Leval, Pierre N | 2. Court or Organization U.S. Court of Appeals, 2nd Cir | 3. Date of Report *Extension granted* 06/15/2006 *see VIII* |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 40 Foley Square Rm 1901 New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council member | The American Law Institute |
| 2. Trustee, Executor & Power of Attorney | ▬▬▬▬▬ |
| 3. Member - Photography Committee | Museum of Modern Art |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

FINANCIAL DISCLOSURE OFFICE 2006 JUN 19 P 12:22 RECEIVED

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Jan. 2005 | As executor, contract with Stribling & Co. for representation in sale of an apartment (contract does not reflect an exact date). |
| 2. Feb 10, 05 | As executor, contract with Christie's, Inc. for sale of works of art. |
| 3. Aug. 2005 | As executor, contract with J. Millstone for sale of apartment at New York, NY (contract does not show an exact date). |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | State St. Cultural Inst. Pension Plan - pension |
| 2. | DePaul University - services rendered |
| 3. | El Museo del Barrio - services rendered |
| 4. | Arlington Arts Center - services rendered |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MONY | Loan on life insurance policy | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbot Labs (common stock)(self █) | E | Dividend | O | T | Sell part | 8/5 | M | G | |
| 2. Exxon Mobil (common) | D | Dividend | N | T | | | | | |
| 3. Hospira (common stock)(self █) | | | | | Sell | 5/3 | L | | |
| 4. Schering Plough (common)(self █) | D | Dividend | N | T | | | | | |
| 5. " | | | | | Sell part | 1/6 | L | F | |
| 6. " | | | | | " | 1/7 | M | G | |
| 7. " | | | | | " | 4/28 | M | G | |
| 8. " | | | | | " | 5/3 | M | G | |
| 9. " | | | | | " | 8/3 | M | G | |
| 10. " | | | | | " | 8/4 | K | E | |
| 11. " | | | | | " | 10/19 | M | G | |
| 12. PE Biosystems (common)(Perkin Elmer)(PKI) | B | Dividend | M | T | | | | | |
| 13. PE Celera Genomics (common) (CR) | | | K | T | | | | | |
| 14. USX | A | Dividend | J | T | | | | | |
| 15. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 16. FMC Money Mkt (self █) | A | Interest | K | T | | | | | |
| 17. FMC Select Fund (common)(self █) | G | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FMC Select Fund (common) | | | | | Sell part | 1/5 | K | B | |
| 19. " | | | | | Buy | 1/12 | O | | |
| 20. " | | | | | Sell part | 1/28 | J | A | |
| 21. " | | | | | Sell part | 2/24 | J | A | |
| 22. " | | | | | Buy | 3/18 | J | | |
| 23. " | | | | | Sell part | 3/30 | J | A | |
| 24. " | | | | | Buy | 4/5 | J | | |
| 25. " | | | | | Sell part | 4/28 | J | A | |
| 26. " | | | | | Buy | 5/3 | M | | |
| 27. " | | | | | Buy | 5/12 | M | | |
| 28. " | | | | | Sell part | 5/18 | J | B | |
| 29. " | | | | | Sell part | 5/24 | K | C | |
| 30. " | | | | | Sell part | 5/27 | K | B | |
| 31. " | | | | | Sell part | 6/3 | J | B | |
| 32. " | | | | | Sell part | 6/6 | J | B | |
| 33. " | | | | | Sell part | 6/29 | J | A | |
| 34. " | | | | | Buy | 7/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. " | | | | | Sell part | 7/28 | J | B | |
| 36. " | | | | | Buy | 8/11 | N | | |
| 37. " | | | | | Buy | 8/19 | J | | |
| 38. " | | | | | Sell part | 8/26 | J | B | |
| 39. " | | | | | Sell part | 9/7 | K | B | |
| 40. " | | | | | Sell part | 9/28 | J | A | |
| 41. " | | | | | Buy | 10/4 | J | | |
| 42. " | | | | | Buy | 10/24 | M | | |
| 43. " | | | | | Sell part | 10/28 | J | A | |
| 44. " | | | | | Sell part | 11/29 | J | | |
| 45. " | | | | | Buy | 12/16 | L | | |
| 46. " | | | | | Sell part | 12/28 | J | C | |
| 47. " | | | | | Sell part | 12/29 | K | A | |
| 48. " | | | | | Buy | 12/30 | J | | |
| 49. FMC Select Fund (common)(self██ ██████ | | | | | Buy | 4/5 | J | | |
| 50. " | | | | | Buy | 7/5 | J | | |
| 51. " | | | | | Buy | 10/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. " | | | | | Buy | 12/16 | J | | |
| 53. " | | | | | Buy | 12/30 | J | | |
| 54. FMC Select Fund (common) ▪ | | | | | Buy | 1/27 | J | | |
| 55. " | | | | | Buy | 3/18 | J | | |
| 56. " | | | | | Buy | 4/05 | J | | |
| 57. " | | | | | Buy | 5/12 | J | | |
| 58. " | | | | | Buy | 5/23 | J | | |
| 59. " | | | | | Buy | 7/5 | J | | |
| 60. " | | | | | Buy | 10/14 | J | | |
| 61. " | | | | | Buy | 12/16 | K | | |
| 62. " | | | | | Sell part | 12/27 | J | A | |
| 63. " | | | | | Sell part | 12/28 | J | A | |
| 64. " | | | | | Buy | 12/30 | J | | |
| 65. Lincoln St. Realty (limited partnership) | | | J | W | | | | | |
| 66. Hershey (common) ▪ | B | Dividend | M | T | | | | | |
| 67. Smith Barney Liquid Res Fund (common) ▪ | A | Dividend | K | T | | | | | |
| 68. Gen. American Inv. (common) (GAM) ▪ | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Chase Bank (acccount) | A | Interest | J | T | | | | | |
| 70. Bank of New York (account) | | | K | T | | | | | |
| ASSETS HELD AS TRUSTEE OR EXECUTOR | | | | | | | | | |
| 72. Warburg Pincus Funds (common) | C | Dividend | L | T | | | | | |
| 73. FMC Select Fund (common) | D | Dividend | | | Sell | 1/12 | N | E | |
| 74. Central Tel NT 7.04% 9/21/07 | C | Interest | | | Sell | 1/12 | M | D | |
| 75. Consol. Nat Gas NT 6.85% 4/15/11 | C | Interest | | | Sell | 1/12 | M | E | |
| 76. NY Tel deb. 8.625% 11/15/10 | C | Interest | | | Sell | 1/12 | N | A | |
| 77. Tel & Data Sys 7.0% 8/1/06 | C | Interest | | | Sell | 1/12 | M | B | |
| 78. U.S. Treasury 3.5% 1/15/11 | D | Interest | | | Sell | 1/12 | N | | |
| 79. Westinghouse deb. 8.625% 8/1/12 | D | Interest | | | Sell | 1/12 | N | D | |
| 80. Wisc. Power deb. 7.625% 3/1/10 | D | Interest | | | Sell | 1/12 | N | D | |
| 81. Fed. Home Loan Bk 5.70% 8/15/11 | B | Interest | | | Sell | 1/12 | L | | |
| 82. Fed. Home Loan Bk 4.5% 9/16/13 | B | Interest | | | Sell | 1/12 | M | C | |
| 83. Fed. Farm Cr. Bk. 6.01% 4/11/12 | B | Interest | | | Sell | 1/12 | M | | |
| 84. Fed. Farm Cr. Bk. 4.85% 10/25/12 | B | Interest | | | Sell | 1/12 | M | A | |
| 85. Fed. Farm Cr. Bk. 0.00% 6/22/05 | D | Interest | | | Sell | 6/22 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vornado Realty (common | | | | | Sell | 1/12 | M | F | |
| 87. Wells Fargo Mtg. Backed Sec. 4.5% 8/25/18 | A | Interest | | | Sell | 1/12 | M | | |
| 88. U.S. Treasury 0.0% 6/2/05 | B | Interest | | | Sell part | 4/12 | K | | |
| 89. " | | | | | Sell | 6/2 | K | | |
| 90. U.S. Treasury 0.0% 6/15/05 | B | Interest | | | Sell | 6/15 | K | | |
| 91. Exxon Mobil (common) | | | | | Sell | 1/6 | O | | |
| 92. Schering Plough (common) | | | | | Sell SeeVIII 12/1/04 | | O | G | |
| 93. Abbott Labs (common) | | | | | Sell | 1/6 | L | D | |
| 94. Home Depot (common) | | | | | Sell | 1/6 | L | E | |
| 95. Knight Ridder (common) | | | | | Sell | 1/6 | J | | |
| 96. Art Works | | | N | Q | See VIII | | | | |
| 97. " | | | | | Sell part | 5/3 | K | | |
| 98. " | | | | | Sell part | 5/4 | P2 | | |
| 99. " | | | | | Sell part | 5/5 | O | | |
| 100. " | | | | | Sell part | 5/29 | O | | |
| 101. " | | | | | Sell part | 6/8 | K | | |
| 102. " | | | | | sell part | 6/10 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. " | | | | | sell part | 6/14 | J | | |
| 104. " | | | | | sell part | 7/12 | K | | |
| 105. " | | | | | sell part | 9/7 | J | | |
| 106. " | | | | | sell part | 9/20 | J | | |
| 107. " | | | | | sell part | 9/23 | K | | |
| 108. " | | | | | sell part | 10/19 | K | | |
| 109. " | | | | | sell part | 11/1 | K | | |
| 110. " | | | | | sell part | 11/2 | K | | |
| 111. " | | | | | sell part | 11/29 | J | | |
| 112. " | | | | | sell part | 12/13 | K | | |
| 113. Bank of New York (account & money market fund) | E | Interest | N | T | | | | | |
| 114. Apartment in New York, NY | | | P2 | V | See VIII | | | | |
| 115. U.S. T-Bills 1/12/06 0.0% | | | P1 | T | Buy | 7/15 | P1 | | |
| 116. U.S. T-Bills 1/26/06 0.0% | | | O | T | Buy | 7/28 | O | | |
| 117. Cash | | | J | T | | | | | |
| 118. Fed. Home Loan Bk 0.0% 7/15/05 | | | | | Buy | 1/14 | P1 | | |
| 119. " | E | Interest | | | Sell | 7/15 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. U.S. T-Bills 0.0% 7/28/05 | | | | | Buy | 6/23 | O | | |
| 121. U.S. T-Bills 0.0% 7/28/05 | B | Interest | | | Sell | 7/28 | O | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE:     Re: Date of Report: I received an Extension to July 15, 2006, to file report.

In Part VII, item no. 92, Schering Plough (common), this position was sold 12/1/04 and was accidentally omitted from the 2004 Report.

In Part VII, item no. 96, "Art Works," the date of the appraisal was Jan. 20, 2005.

In Part VII, item no. 114, "Apartment in New York, NY, the reported valuation is based on the price at which the apartment was subsequently sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 06/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date _6 - 15 - 06_

ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544